## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **KATRINA DAWN COPLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **CASE NO. 3:14-0406** |
| **vs.** | ) | **JUDGE NIXON/KNOWLES** |
| | ) | |
| | ) | **JURY DEMAND** |
| **BAYER HEALTHCARE** | ) | |
| **PHARMACEUTICALS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court upon Defendant's "Motion for Entry of Protective and Confidentiality Order." Docket No. 27. Defendant has filed a supporting Memorandum of Law (Docket No. 28) and a proposed "Protective and Confidentiality Order" (Docket No. 27-1). Plaintiff has filed a Response "in *mild* opposition" to the Motion. Docket No. 30 (emphasis in original).

Defendant's supporting Memorandum states that the Motion is made "pursuant to Rule 26(c) of the Federal Rules of Civil Procedure . . . ." Docket No. 28, p. 1. Rule 26(c), which is headed "Protective Orders," provides in relevant part:

> (1) In General. A party or person from whom discovery is sought may move for a protective order in the court where the action is pending . . . . The motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.

Local Rule 37.01, which is headed "Discovery Motions," provides in relevant part:

(a) Joint Written Statement.  Prior to filing any discovery motion, counsel for the parties shall prepare a joint written statement of the matters at issue in the discovery dispute.  The joint statement of issue shall be attached to any discovery motion.

. . .

(b)(3) Counsel for a party moving . . . for a protective order, shall file with the Court, at the time of the filing of the motion, a statement certifying that he has conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised and that counsel have not been able to do so.  *No such motion shall be considered by the Court absent compliance with this Rule.*

(Emphasis added.)

Defendant has failed to comply with these Rules.

For the foregoing reasons, the instant Motion for Protective Order (Docket No. 27) is

DENIED.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge